**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6275**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DORY MICHAEL EPPS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Robert G. Doumar, Senior
District Judge.  (CR-02-85; CA-04-652-2)

———————

Submitted: January 26, 2006       Decided:  January 30, 2006

———————

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Dory Michael Epps, Appellant Pro Se.   Michael Calvin Moore,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dory Michael Epps seeks to appeal the district court's orders denying his motion filed under 28 U.S.C. § 2255 (2000) and denying his motion to reconsider filed pursuant to Fed. R. Civ. P. 59(e) as a second or successive § 2255 motion. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. §2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Epps has not made the requisite showing.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -